IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 04-cv-02683-LTB-MEH

JOHN BUSTAMANTE,

Plaintiff,

v.

T-MOBILE USA, INC.,

Defendant.

---

MINUTE ORDER

---

**Entered by Michael E. Hegarty, United States Magistrate Judge, on February 16, 2006.**

    The defendant's Unopposed Motion to Amend Scheduling Order [Filed February 13, 2006; Docket #18] is hereby **granted**. The following case management deadlines shall hereafter govern this case:

| | | |
|---|---|---|
| ! | Discovery Cutoff: | May 1, 2006 |
| ! | Dispositive Motion Deadline: | May 29, 2006 |

    The Pretrial Conference scheduled in this case for March 6, 2006, at 9:30 a.m. is hereby **rescheduled** to Wednesday, May 3, 2006, at 9:00 a.m., in Courtroom A601 of the Alfred A. Arraj United States Courthouse located at 901 19th Street, Sixth Floor, Denver, Colorado. A Final Pretrial Order shall be prepared by the parties and submitted to the court no later than five days before the final pretrial conference.

    Please remember that anyone seeking entry into the Alfred A. Arraj United States Courthouse will be required to show a valid photo identification. See D.C.COLO.LCivR 83.2B.