**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, CHIEF JUDGE**

Civil Case No. 04-cv-02683-LTB-MEH

JOHN BUSTAMANTE,

        Plaintiff,

v.

T-MOBILE USA, INC.,

        Defendant.

_____

**ORDER OF DISMISSAL**
_____

THIS MATTER having come before the Court on the Stipulation for Dismissal (Doc 35 - filed May 12, 2006), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITH PREJUDICE,** each party to pay their own fees and costs.

        BY THE COURT:

          s/Lewis T. Babcock
        Lewis T. Babcock, Chief Judge

DATED: May 15, 2006